UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| RALPH M. BANKS, | **1:05-cv-1127 OWW LJO** |
|         Plaintiff, | |
|   vs. | **ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT** |
| EQUILON ENTERPRISES, LLC, | **(L.R. 5-133)** |
|         Defendant. | |
| _____/ | |

TO: **STEVEN K. HUMPHRY**

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically. You were given written notice on July 5, 2006, directing you to register for CM/ECF. To date, you have failed to register.

YOU ARE HEREBY ORDERED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your

failure to comply with the court's electronic filing requirements.  Such affidavits or certificates are to be filed within 11 days of service of this order.

DATED:     August 9, 2006

                                        /s/ Oliver W. Wanger
                                        OLIVER W. WANGER
                                        U.S. District Judge