Stephen R. Cornwell, CA Bar #40737
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone: (559) 431-3142
Facsimile:  (559) 436-1135

John C. Hall
Attorney at Law
1200 Truxtun Avenue, Suite 114
Bakersfield, CA  93301
Telephone:  (661) 328-1200
Facsimile:  (661) 328-1281

Attorneys for Plaintiff RALPH M. BANKS

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RALPH M. BANKS,<br><br>    Plaintiff ,<br><br>  v.<br><br>EQUILON ENTERPRISES LLC<br>  doing business as Shell Oil Products US,<br><br>    Defendants. | CASE NO. CIV. F-05-01127 OWW TAG<br><br>STIPULATION REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND ORDER THEREON |

   IT IS HEREBY STIPULATED by and between counsel for all the parties as follows:

   WHEREAS, Plaintiff suffered an injury on October 3, 2003, while at the Shell Refinery in Bakersfield, California, owned and operated by EQUILON ENTERPRISES, and;

   WHEREAS, TIMEC Company, Inc. had supplied employees to work at the Shell Refinery in Bakersfield, California, on various tasks including cleanup of environmental spills and;

   WHEREAS, the Plaintiff has sued EQUILON ENTERPRISES regarding its negligent maintenance of its premises causing injury to the Plaintiff, and;

/ / /

/ / /

STIPULATION REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND ORDER THEREON

WHEREAS, the Plaintiff has filed a Motion for Summary Judgment to establish, in part, that EQUILON ENTERPRISES was the special employer of TIMEC Company, Inc., so that in this action EQUILON ENTERPRISES is vicariously responsible for the actions of TIMEC Company, Inc., employees, and;

WHEREAS, counsel have conferred with respect to the legal issues and have agreed to a stipulation concerning this case, and this case only, which will render the Motion for Summary Judgment moot.

NOW, THEREFORE, THE PARTIES STIPULATE for this action, and this action only, that EQUILON ENTERPRISES LLC dba Shell Oil Products US is vicariously responsible for any negligence or fault on the part of TIMEC Company, Inc., and/or TIMEC Company, Inc., employees which contributed to or caused the incident alleged in the Plaintiff's Complaint and which caused the Plaintiff to be injured.

The parties further stipulate that the Motion for Summary Judgement filed by the Plaintiff shall be withdrawn inasmuch as this Stipulation resolves the issues pending in said Motion.

DATED: July 31, 2007.

▉▉▉▉▉▉▉▉ & ▉▉▉▉▉▉, ▉▉▉

By:   /s/   Stephen R. Cornwell
Stephen R. Cornwell
Attorney for Plaintiff
RALPH M. BANKS

DATED: July 31, 2007.

▉▉▉▉▉, ▉▉▉▉▉▉▉, ▉▉▉▉ & ▉▉▉▉▉▉

By:   /s/   Craig D. Trippel
Craig D. Trippel
Attorney for Defendant
EQUILON ENTERPRISES LLC
DBA SHELL OIL PRODUCTS US

IT IS SO ORDERED.

**Dated:   July 31, 2007**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE