UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH M. BANKS,<br><br>            Plaintiff,<br><br>     v.<br><br>EQUILON ENTERPRISES, LLC,<br>ET.AL.<br><br>            Defendant. | 1:05-CV-01127 OWW GSA<br><br>**ORDER DISMISSING ACTION** |

      Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

      IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:    March 31, 2008**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE